UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO (San Juan)

| | |
|---|---|
| EDDIE ALBERTO ROMAN, <br><br> Plaintiff, <br><br> v. <br><br> DOCTOR'S ASSOCIATES INC., and <br> CARIBBEAN FRANCHISES INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:17-01575-WGY |

YOUNG, D.J.[1]                                                      June 9, 2017

**ORDER**

    The Court accepts for filing the profferred VA records and treats them as a motion to amend the complaint, which motion is allowed. Accordingly, for purposes of DAI's motion to dismiss, the Court infers, as it must, that the Plaintiff is a disabled veteran who needs a service dog and that he has standing to sue given his intent to return to Puerto Rico. Nevertheless the case must be dismissed as moot as the subject property is undeniably closed and money damages do not meet this Court's jurisdictional threshold and are, in any event, barred by the applicable statute of limitations.

**SO ORDERED.**

                                                                  WILLIAM G. YOUNG
                                                                   DISTRICT JUDGE

---

    [1] Of the District of Massachusetts, sitting by designation.